# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 18, 2013

### NO. 03-10-00784-CV

**Michael D. Lillis, Appellant**

**v.**

**Kachina Pipeline Company, Inc., Appellee**

**APPEAL FROM 119TH DISTRICT COURT OF CONCHO COUNTY
BEFORE JUSTICES PURYEAR, HENSON AND GOODWIN
JUSTICE HENSON, NOT PARTICIPATING
AFFIRMED IN PART, REVERSED AND REMANDED IN PART
ON MOTION FOR REHEARING – OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's declarations related to compression costs and related to the termination date of the agreement: **IT IS THEREFORE** considered, adjudged and ordered that the portions of the trial court's judgment addressing compression costs and the termination date are reversed and remanded to the trial court for reconsideration. We further remand for the trial court's determination appellant's request for an accounting and the issue of attorney's fees and expenses. We affirm the remainder of the judgment. It is **FURTHER** ordered that each party shall pay the costs of appeal incurred by that party; and that this decision be certified below for observance.